TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Adversary Case Name:    JUSTIN PANNU & ERICK ESPINOSA & CIRCLE DIAMOND CAPITAL, LLC & KROUSE FAMILY TRUST & ART WELLS & JUDI WELLS v. BAYLESS EARL COBB

Adversary Number: 18-90076

Case Number:       18-01339-MM7

Hearing:       10:00 AM  Thursday, January 16, 2020

Motion:       PRE-TRIAL STATUS CONFERENCE (fr. 12/12/19)

Having extended the discovery cut off date and allowed the amendment of the answer to the complaint, the court continues this status conference until **May 14, 2020, at 10:00 a.m. in Dept. 1.** Status conference reports are due to be filed not later than May 7, 2020. Appearances at the January 16, 2020 hearing are excused.