TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Adversary Case Name:    JUSTIN PANNU & ERICK ESPINOSA & CIRCLE DIAMOND CAPITAL, LLC & KROUSE FAMILY TRUST & ART WELLS & JUDI WELLS v. BAYLESS EARL COBB

Adversary Number: 18-90076

Case Number:    18-01339-MM7

Hearing:    10:00 AM  Thursday, January 16, 2020

Motion:    MOTION TO REOPEN DISCOVERY FILED BY PLAINTIFF

Unopposed motion is granted and discovery is extended for until May 13, 2020. Appearances are excused.