# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### *Hearing Information:*

    **ADV:** 18-90076

    **JUSTIN PANNU & ERICK ESPINOSA & CIRCLE DIAMOND CAPITAL, LLC & KROUSE FAMILY TRUST & ART WELLS & JUDI WELLS VS BAYLESS EARL COBB**

| | |
|---|---|
| **Debtor:** | BAYLESS EARL COBB |
| **Case Number:** | 18-01339-MM7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JANUARY 16, 2020 10:00 AM   DEPARTMENT 1 |
| **Bankruptcy Judge:** | MARGARET M. MANN |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | SUE ROSS |

### *Matters:*

1) PRE-TRIAL STATUS CONFERENCE (fr. 12/12/19)

2) MOTION FOR LEAVE TO AMEND RESPONSE TO ADVERSARY COMPLAINT FILED BY DEFENDANT

3) MOTION TO REOPEN DISCOVERY FILED BY PLAINTIFF

### *Appearances:*

APPEARANCES EXCUSED

### *Disposition:*

1) Tentative Ruling as issued is the Order of the Court. Appearances waived. Continued to 5/14/20 at 10:00 a.m. in Dept. 1.

2-3) Tentative Ruling as issued is the Order of the Court. Appearances waived.